# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2015

## NO. 03-14-00102-CV

**David E. Welch, Appellant**

**v.**

**AABTEL, Incorporated d/b/a Holiday Inn Express; Francis Lesak;
and Amrat Lakha Patel, Appellees**

## APPEAL FROM 368TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE JUSTICES PEMBERTON, FIELD, AND ABOUSSIE*
## AFFIRMED -- OPINION BY JUSTICE ABOUSSIE

This is an appeal from the judgment signed by the trial court on January 7, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.

\* Before Marilyn Aboussie, Chief Justice (retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).